**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAMORI ROGERS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-cv-00167-JAR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Movant Ramori Rogers's Supplement to his Motion to Vacate (Doc. 34), and Respondent United States of America's Motion to Strike Supplement (Doc. 35). The Court does not allow amendment by interlineation but will liberally construe Movant's Supplement as a motion to amend and will allow the supplement. However, the Court will not allow any additional supplementation or amendments. The Court will deny Respondent's Motion to Strike and direct it to respond to the final, supplemented Motion to Vacate within fourteen days.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent United States of America's Motion to Strike Supplement (Doc. 35), is **DENIED.**

**IT IS FURTHER ORDERED** that Respondent shall file its response to the supplement **no later than Thursday, March 5, 2020**.

Dated this 19th day of February, 2020.

_____

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE